Larry G. Ivanjack SBN 69921
Gary Tokumori SBN 149952
PARKER, MILLIKEN, CLARK, O'HARA &
SAMUELIAN
A Professional Corporation
555 South Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
gtokumori@pmcos.com

Attorneys for Plaintiff
COASTLINE MICHIGAN LLC,
A Michigan limited liability company

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTLINE MICHIGAN LLC, a Michigan limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FARHAD KHALILI, an individual; et al.,<br><br>Defendants. | Case No. CV 10-4551-GHK (JEMx)<br><br>[PROPOSED] ORDER REMANDING CASE TO STATE COURT PURSUANT TO STIPULATION |

Plaintiff Coastline Michigan LLC, a Michigan limited liability company ("Plaintiff"), on the one hand, and Defendants Farhad Khalili, an individual; Farzad Khalili, an individual, Geoff Mills, an individual; and Brett Howard; an individual (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, having stipulated to remand of the above-captioned case based on the following:

1. On April 1, 2010, Plaintiff filed a Complaint for breach of guaranty under state law in the Superior Court for the County of Los Angeles, State of

- 2 -

1. California as Case No. BC434954 ("State Court Action");
2. On June 21, 2010, Defendants removed the State Court Action to the above-entitled Court;
3. There is not complete diversity between the parties because a Member of Plaintiff is a resident of California, thereby defeating diversity jurisdiction of this Court;
4. Defendants are all residents of California and therefore cannot procedurally effect removal to this Court;

And good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned case is forthwith remanded to the Superior Court for the County of Los Angeles, State of California.

IT IS SO ORDERED.

DATED: 7/21/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -
ORDER REMANDING CASE TO STATE COURT PURSUANT TO STIPULATION
366191 51686.1007